UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA	:	NO. 3:23CR216 (KAD)

vs.	:

NADA RADOVAN TOMANIC	:

BILL OF PARTICULARS

The UNITED STATES OF AMERICA, by and through the undersigned attorneys, files this Bill of Particulars pursuant to the Court's Order dated January 2, 2025, Docket Entry # 62, and Federal Rule of Criminal Procedure 7(f).

1.	The defendant has committed, but was not arrested for, violations of the 1977 Criminal Law of the Socialist Republic of Bosnia and Herzegovina ("the 1977 BiH Criminal Law"), as referenced in paragraph 11(b) of the Indictment, Docket Entry # 1.

2.	Specifically, the defendant violated at least one of the following provisions of the 1977 BiH Criminal Law:

   a.	**Infliction of Serious Bodily Damage - Article 42.**

   (1) Anyone who inflicts severe physical harm on another person or this person's health shall be punished by six months' to five years' imprisonment.

   (2) Anyone who inflicts harm on another person's body or health such that this endangers the victim's life, or destroys or for a long term decreases the ability of the victim's body or an important bodily organ to function, or creates a long-term inability to work, or results in a disfigurement or other

1

long-term violation of health shall be punished by one to ten years' imprisonment.

(3) If a victim dies because of harm to his/her health caused by actions described in paragraphs 1 or 2 of this article, the perpetrator shall be punished by one to twenty years' imprisonment.

(4) A person who commits crimes described in paragraphs 1 or 2 of this article out of negligence shall be punished by up to three years' imprisonment.

    b.    **Mild Physical Harm - Article 43.**

(1) Infliction of mild physical harm shall be punished by up to one year of imprisonment.

(2) If a person uses a weapon or other dangerous object [with the intent] to inflict mild bodily harm that results in serious harm to another's body or health, the perpetrator shall be punished by up to three years' imprisonment.

(3) Reviewing cases described in paragraph 2 of this article, the court may impose a judicial warning on a victim if the perpetrator was offended by the victim's malicious words or behavior.

(4) Initiation of cases under paragraph 1 of this article shall be conducted in the course of private prosecution.

    c.    **Exposure to Danger,** Article 46.

    (1) Who leaves another person without help in life-threatening conditions or circumstances which he himself has caused, shall be punished by imprisonment for a period of up to three years.

    (2) If the person exposed to such danger loses his life or sustains serious bodily damage or grave harm to health, the perpetrator shall be punished by imprisonment for a period of from one year to eight years.

    d.    **Violation of the Citizens' Equality - Article 49.**

    (1) Who, on the ground of differences in nationality, race, religion, ethnic background, gender, language, education or social status denies or restricts the rights of citizens referred to in the Constitution, law or in some other regulation or general act, or who grants privileges or does favors to others because of these differences, shall be punished by imprisonment for a period of from three months to five years.

    e.    **Unlawful Deprivation of Freedom - Article 52.**

    (1) Whoever unlawfully imprisons another person, keeps him imprisoned or denies him freedom of movement in any other way, shall be punished by imprisonment for a period of up to one year.

    (2) The same punishment applies for an attempt to do so.

    (3) If the unlawful deprivation of freedom lasted longer than 30 days, or if the manner of the execution was cruel, or if such a treatment of the person who was illegally deprived of freedom caused serious harm to health, or if

other serious consequences occurred, the perpetrator shall be punished by imprisonment for a period of from three months to five years.

(4) If the acts referred to in paragraphs 1 and 3 of this Article have been committed by an official while on duty, he shall be punished for the act referred to in paragraph 1 by imprisonment for a period of from three months to five years, and for the act referred to in paragraph 3 by imprisonment for a period of from one to eight years.

(5) If the person who has been illegally deprived of freedom lost his life as a consequence, the perpetrator shall be imprisoned for a period of no less than three years.

f. **Abuse of Duties - Article 54.**

An official who, while performing his duties, abused another person, insults him or in general treats him in a manner offensive to human dignity, shall be punished by imprisonment for a period of from three months to three years.

g. **Arrangement to Commit a Crime, Article 210.**

Who makes arrangements with another person to commit a crime stipulated by federal or republic legislation and for which imprisonment of more than five years may be imposed, shall be punished by imprisonment for a period of up to one year.

h. **Associating to Commit a Crime - Article 211.**

(1) Who organizes a group of persons aimed at committing criminal acts stipulated by federal or republic legislation and for which imprisonment of

4

more than five years may be imposed, shall be punished by imprisonment for a period of from three months to five years.

(2) A member of the group referred to in paragraph 1 of this Article, shall be punished by imprisonment for a period of up to one year.

(3) A member of a group who exposes the group prior to committing a criminal act may be released from punishment.

i. **Participation in a Group that Commits a Crime - Article 214.**

(1) Who participates in a group of people, which by joint action takes the life of another person or causes him a serious bodily injury, sets fire, considerably damages property or commits other serious violent acts, or which attempts to commit such acts, shall be punished by imprisonment for a period of from three months to five years just for the fact of participation in this group.

(2) The leader of the group that commits the acts under paragraph 1 of this Article, shall be punished by imprisonment for a period of from one to 10 years.

Dated: January 22, 2025         Respectfully submitted,

MARC H. SILVERMAN
ACTING UNITED STATES ATTORNEY

/s/ *Angel M. Krull*
ANGEL M. KRULL
Assistant United States Attorney
Federal Bar No. phv11042
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3821

ANTOINETTE T. BACON
ACTING ASSISTANT ATTORNEY GENERAL
Criminal Division

<div style="margin-left: 50%;">

<u>/s/ *Elizabeth Nielsen*</u>
ELIZABETH NIELSEN
Trial Attorney
Federal Bar No. phv20588
Human Rights and Special Prosecutions Section
1301 New York Ave NW, Suite 1200
Washington, D.C. 20530
(202) 616-4604

</div>